■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE P. LABREW, on Behalf of QUAMARI MCALLISTER, Petitioner, v ERIC GONZALEZ et al., Respondents. [57 NYS3d 907]—Writ of habeas corpus in the nature of an application for the release of Quamari McAllister pursuant to CPL 30.30 (2) (a) in connection with Kings County indictment No. 6013/15.

Adjudged that the writ is dismissed, without costs or disbursements.

Habeas corpus relief does not lie, as Quamari McAllister is no longer being detained (*see People ex rel. Wilder v Markley*, 26 NY2d 648 [1970]; *People ex rel. Lawrence v Kluewer*, 148 AD3d 942 [2017]). Leventhal, J.P., LaSalle, Brathwaite Nelson and Christopher, JJ., concur.